UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  13-CR-60045-PCH-2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN FREDIANI,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECCOMENDATION

THIS CAUSE is before the Court on Defendant Steven Frediani's counsel, Richard F. Della Fera's, application for attorney's fees and costs ("Fee Application"). The Fee Application was referred to Magistrate Judge Barry L. Garber for his report and recommendation in which he recommended that the fees requested by Defendant's counsel be reduced by 15% or $3,265.88, for a fee award of $18,506.63, and a total award of fees and costs of $18.627.59 [D.E. No. 144]. Defendant's counsel filed a Notice of Intent not to File Objections to Magistrate's Report and Recommendation [D.E. No. 145]. In addition to reviewing Judge Garber's Report and Recommendation and Defendant's counsel's Notice, the Court has independently reviewed the docket, counsel's schedule of time expended, and pertinent portions of the record. After doing so, the Court agrees with Judge Garber's recommendation. Therefore, Defendant's counsel, Richard F. Della Fera, is awarded $18.627.59 for his fees and costs.

DONE and ORDERED in Chambers, Miami, Florida on August 13, 2014.

                                            Paul C. Huck
                                            United States District Judge

**Copies furnished to:**
Magistrate Judge Barry L. Garber
All counsel of Record