UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-21932-HUCK/WHITE

STEVEN FREDIANI,
          Movant,

vs.

UNITED STATES OF AMERICA,
          Respondent.
_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS MATTER is before the Court on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, attacking his conviction in criminal case number 13-60045-CR-SCOLA. The matter was referred to Magistrate Judge White on May 26, 2016. Judge White issued a Report and Recommendation [D.E. No. 5] on June 3, 2016 recommending that the motion to vacate be dismissed as duplicative of the previously filed motion to vacate, assigned case number 15-22630-CIV-HUCK. Accordingly, it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Patrick A. White is hereby adopted and approved in its entirety. The motion to vacate, set aside, or correct sentence is DISMISSED without prejudice as duplicative. A certificate of appealability shall not issue, and the case is hereby CLOSED.

DONE and ORDERED in chambers in Miami, Florida on July 14, 2016.

                                                        Paul C. Huck
                                                        United States District Judge

**Copies furnished to:**
All counsel of record
Magistrate Judge Patrick A. White
Steven Frediani, *pro se*
Reg. No. 58277-018
2062 Westside Drive
Rochester, NY 14624